# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ELAINE CHAO, Secretary of the United States Department of Labor, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JAMES GRAF, et al., )<br>)<br>Defendants. )<br>_____ ) | 3:01-CV-0698-ECR (RAM)<br><br>**MINUTES OF THE COURT**<br><br>January 17, 2006 |

PRESENT:    THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    GINA MUGNAINI          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendant James L. Graf has filed a Motion for Request to Release and Copy of Exhibits and Entire Record (Doc. #234). Defendant has not stated any reason for the request.

A default judgment was entered against Defendant Graf on September 10, 2003 (Doc. #176). Defendant Graf filed a Notice of Appeal (Doc. #179) which appeal was dismissed on March 5, 2004 (Doc. #218).

Without a reason being stated by Defendant for the necessity of the requested copies the court will not grant such a Motion under these circumstances.

Defendant's Motion for Request to Release and Copy of Exhibits and Entire Record (Doc. #234) is **DENIED** without prejudice.

    IT IS SO ORDERED.

                                                            LANCE S. WILSON, CLERK

                                                            By:      /s/
                                                                Deputy Clerk