IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| MARTIN J. WALSH, Secretary of the United States Department of Labor, | § § § | NO. CV-N-01-698-DAE-VPC |
| Plaintiff, | § § § | |
| v. | § § | |
| JAMES GRAF; WILLIAM KOKOTT; NICHOLAS E. ANGELOS; EMPLOYERS MUTUAL, LLC, et al., | § § § § | |
| Defendants. | § § § | |

ORDER SETTING HEARING

The matter before the Court is a Notice of Motion and Motion for Final Distribution of Funds. (Dkt. # 403.) It is hereby **ORDERED** that this matter is set for an in-person hearing on **Thursday, September 1, 2022,** at **9:30am.**, in a **Courtroom TBD** in the Bruce R. Thompson Federal Courthouse, 400 S. Virginia St., Reno, NV 89501.

**IT IS SO ORDERED.**

DATED: Reno, Nevada, May 11, 2022.

_____
David Alan Ezra
Senior United States District Judge